UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

LEROY JONES

        Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

        Defendant(s)

**JUDGMENT**

Civil #08-01294 (RBK)

-------------------------------------------------------------------------

The Hon. John Bissell, Special Master, appointed by this Court having found on November 18, 2008, and no timely objection having been filed,

IT IS, on this 7\day of January , 2009

ORDERED that the report of Hon. John Bissell dated November 18, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff LeRoy Jones.**

                                                          HON. ROBERT B. KUGLER, U.S.D.J.